UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | 25‑CR‑269 JNE/GGE |
|---|---|---|
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| v. | ) | 8 U.S.C. § 1326(a) |
| | ) | 8 U.S.C. § 1326(b)(1) |
| JONATHAN ANDRES CRUZ-ESTEVA, | ) | 8 U.S.C. § 1326(b)(2) |
| a/k/a "Neo Geovanny Antonio Martinez," | ) | |
| a/k/a "Victor Ivan Garcia," | ) | |
| a/k/a "Leo David Diaz Sanchez," | ) | |
| | ) | |
| Defendant. | ) | |

SCANNED
JUL 1 0 2025
U.S. DISTRICT COURT MPLS

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Reentry of Removed Alien—Prior Aggravated Felony)

On or about May 18, 2025, in the State and District of Minnesota, the defendant,

**JONATHAN ANDRES CRUZ-ESTEVA,**

an alien, was found in the United States after having been removed therefrom on or about June 5, 2019, April 12, 2022, and October 4, 2024, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, and whose removal was subsequent to a conviction for commission of an aggravated felony, namely:

| Offense | Jurisdiction | Date of Conviction (On or about) |
|---|---|---|
| Drugs – 3rd degree – Sale - Narcotics | Scott County, MN | April 1, 2019 |

*United States v. Jonathan Andres Cruz-Esteva*

all in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2).

## COUNT 2
(Reentry of Removed Alien—Prior Felony)

On or about May 18, 2025, in the State and District of Minnesota, the defendant,

**JONATHAN ANDRES CRUZ-ESTEVA,**

an alien, was found in the United States after having been removed therefrom on or about June 5, 2019, April 12, 2022, and October 4, 2024, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, and whose removal was subsequent to a conviction for commission of a felony, namely:

| Offense | Jurisdiction | Date of Conviction (On or about) |
|---|---|---|
| Illegal Re-Entry After Deportation | U.S. District Court, MN | March 3, 2021 |

all in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(1).

A TRUE BILL

_____          _____
ACTING UNITED STATES ATTORNEY          FOREPERSON